UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM, <br><br> Plaintiff, <br><br> v. <br><br> DAVID KENNEY, Medical Manager, Monroe Correctional Complex, <br><br> Defendant. | Case No. 08-cv-0437-RAJ <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation (Dkt. # 19) of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendant's motion for summary judgment, Dkt. No. 16, is GRANTED and this action is DISMISSED with prejudice. Defendant's motion to stay proceedings, Dkt. No. 15, is DENIED as moot.

//
//
//

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

IT IS SO ORDERED.

DATED this 12th day of August, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2